**THE LAW OFFICE OF KEVIN T. FLOOD, ESQ., LLC**
181 ROUTE 206, HILLSBOROUGH, N.J. 08844
PHONE 908-705-2623, FAX: 866-900-9305
KTFESQUIRE@AOL.COM

August 2, 2020

Hon. Lois H. Goodman, United States Magistrate Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  Jomell Brathwaite v. Officer Joseph Corcoran, et al.
     Docket No. 3:19-cv-18332-MAS-LHG
     Status of criminal proceedings.

Dear Judge Goodman:

The sentencing of Plaintiff Brathwaite was adjourned. He is 'tentatively' scheduled to be sentenced on Monday, August 3, 2020 at 10:00 am.

If you care to discuss this matter with me any further, please, do not hesitate to contact me at 908-705-2623.

Respectfully submitted,

S/ Kevin T. Flood, Esq.
Kevin T. Flood, Esq.


CC: All counsel via ECF.